Circuit Court for Howard County
Case No. 13-C-17-111078
Argued: June 4, 2021

IN THE COURT OF APPEALS

OF MARYLAND

No. 57

September Term, 2020

JARED ROSS

v.

JENNIFER ROSS

Barbera, C.J.
McDonald
Getty
Booth
Biran
Harrell, Glenn T., Jr. (Senior
Judge, Specially Assigned)
Wilner, Alan, M. (Senior Judge,
Specially Assigned)

JJ.

PER CURIAM ORDER

Filed: June 8, 2021

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

| JARED ROSS | * | IN THE |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | No. 57 |
| JENNIFER ROSS | * | September Term, 2020 |

**PER CURIAM ORDER**

The petition for writ of certiorari in the above-captioned case having been granted and argued, it is this 8th day of June, 2021,


ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.


/s/ Mary Ellen Barbera
Chief Judge